| | |
|---|---|
| 1 | Thiago M. Coelho (SBN 324715) |
| | thiago@wilshirelawfirm.com |
| 2 | Carolin K. Shining (SBN 201140) |
| 3 | cshining@wilshirelawfirm.com |
| | **WILSHIRE LAW FIRM** |
| 4 | 3055 Wilshire Blvd., 12th Floor |
| | Los Angeles, CA 90010 |
| 5 | Telephone: (213) 381-9988 |
| | Facsimile: (213) 381-9989 |
| 6 | |
| 7 | *Attorneys for Plaintiff PORTIA MASON and Proposed Class* |
| 8 | |
| | Amber J. Roller, SBN 273354 |
| 9 | amber.roller@ogletree.com |
| | Nicholas Marfori, SBN 311765 |
| 10 | nicholas.marfori@ogletree.com |
| 11 | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| 12 | 400 South Hope Street, Suite 1200 |
| | Los Angeles, California 90071 |
| 13 | Telephone:  (213) 239-9800 |
| | Facsimile:   (213) 239-9045 |
| 14 | |
| 15 | *Attorneys for Defendants* Barnes & Noble, Inc. (erroneously sued as "Barnes & Noble, Inc. d/b/a Paper Source") and Paper Source LLC |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated, | Case No. 2:23-cv-01723-MEMF-JDE |
| Plaintiff, | *Hon. Judge Maame Ewusi-Mensah Frimpong* |
| v. | |
| BARNES & NOBLE, INC. d/b/a PAPER SOURCE, a Delaware corporation; PAPER SOURCE LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive, | **JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER** |
| Defendants. | |

1

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Portia Mason ("Plaintiff") and defendants Barnes & Noble, Inc. (erroneously sued as "Barnes & Noble, Inc. d/b/a Paper Source") and Paper Source LLC (collectively, the "Defendants"), stipulate and jointly request that the Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action.

Each party shall bear her or its own costs, experts' fees, attorneys' fees, and attorneys' expenses.

Respectfully submitted,

Dated: August 3, 2023   **WILSHIRE LAW FIRM**

By: */s/ Thiago M. Coelho*
Carolin K. Shining, Esq.
Thiago M. Coelho, Esq.
Attorneys for Plaintiff
PORTIA MASON

Dated: August 3, 2023   **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ J. Nicholas Marfori*
Amber L. Roller, Esq.
J. Nicholas Marfori, Esq.
Attorneys for Defendants
BARNES & NOBLE, INC. and
PAPER SOURCE LLC

JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, J. Nicholas Marfori, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 3, 2023                    By: /s/ J. Nicholas Marfori